USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

YUCHANG MIAO,

Defendant.

No. 12-CR-934-5 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant Yuchang Miao has submitted a letter seeking early termination of his term of supervised release. Dkt. 598. No later than January 24, 2020, the Government shall respond to Mr. Miao's request.

SO ORDERED.

Dated: January 10, 2020
New York, New York

Ronnie Abrams
United States District Judge