USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

YUCHANG MIAO,

Defendant.

No. 12-CR-934-5 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant Yuchang Miao has submitted a letter seeking early termination of his term of supervised release. Dkt. 598. On January 10, 2020, the Court ordered the Government to respond to Mr. Miao's request no later than January 24, 2020. The Government did not do so. No later than February 13, 2020, the Government shall respond to Mr. Miao's request.

SO ORDERED.

Dated: February 6, 2020
New York, New York

Ronnie Abrams
United States District Judge