USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

YUCHANG MIAO,

Defendant.

No. 12-CR-934-5 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 7, 2020, Defendant Yuchang Miao filed a letter seeking early termination of his term of supervised release. Dkt. 598. Although the Government "takes no position," Dkt. 601, the Probation Office has indicated that it consents to Mr. Miao's request. Having considered the Probation Office's position and having reviewed Mr. Miao's submission, the Court grants his request for early termination of his term of supervised release.

SO ORDERED.

Dated: February 12, 2020
New York, New York

Ronnie Abrams
United States District Judge